## BROWN *vs.* CRIM.

A defendant in ejectment cannot have a *third* new trial under the statute, (2 *R. S.* 309, § 37,) though the first two were granted by the court of common pleas, whence the cause was removed to this court.

APPLICATION on behalf of the defendant for a new trial, the action being ejectment, pursuant to 2 *R. S.* 309, § 37.

The suit was commenced in the common pleas of Herkimer county, where the plaintiff had twice recovered verdicts and entered judgments, and upon each occasion the defendant had obtained a new trial under the statute. He then removed the cause here by *certiorari,* where the plaintiff obtained a third verdict, and entered judgment.

*E. Graves,* for the defendant.

*V. Owen,* for the plaintiff, objected that no more than two new trials could be had under the statute, whether in the common pleas or in this court.

*By the Court,* JEWETT, J. The statute declares that no more than two new trials shall be granted under the provision

referred to. I think the power is exhausted, and that the fact that the new trials already had were granted by the common pleas while the cause was pending there, does not create a distinction favorable to the defendant.

Motion denied.